**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Metro Finishes, L.L.C. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 60-0002713 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1515 Vassar Street** **Orlando, FL 32804** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.metrofinishes.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Metro Finishes, L.L.C.**                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Metro Finishes, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Metro Finishes, L.L.C.** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2018**
MM / DD / YYYY

**X /s/ Charles Marklin**
Signature of authorized representative of debtor

**Charles Marklin**
Printed name

Title _____

---

**18. Signature of attorney**

**X /s/ Jeffrey S. Ainsworth**
Signature of attorney for debtor

Date **November 28, 2018**
MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **407 894 6834**    Email address    **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2018**     X **/s/ Charles Marklin**
                                                    Signature of individual signing on behalf of debtor

                                                     **Charles Marklin**
                                                     Printed name

                                                     Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Auto Owners Insurance PO Box 740312 Cincinnati, OH 45274-0312** | | insurance | | | | **$5,950.49** |
| **Bank of America, NA PO Box 15796 Wilmington, DE 19886-5796** | | Credit card purchases | | | | **$18,095.19** |
| **BCA Studios 3108 Winfield Street Orlando, FL 32810** | | Trade debt | | | | **$6,875.00** |
| **Capital Merchant Services, LLC 116 Nassau Street Suite 804 New York, NY 10038** | | | Disputed | | | **$32,098.75** |
| **CFG Merchant Solutions, LLC 180 Maiden Lane Floor 15 New York, NY 10038** | | | Disputed | | | **$37,000.00** |
| **Chrysler Capital PO Box 660335 Dallas, TX 75266-0335** | | 2016 Jeep Grand Cherokee LTD Vin #: 1C4RJEBG3GC335872 | | $33,812.29 | $16,780.00 | $17,032.29 |
| **Creative Plaster 706 Pine Forest Trail E Port Orange, FL 32127** | | Trade debt | | | | **$5,234.00** |
| **FCCI Insurance Group PO Box 405563 Atlanta, GA 30384-5563** | | Insurance | Disputed | | | **$54,949.70** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Metro Finishes, L.L.C.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Financial Services 1250 E Hallandale Beach Blvd Suite 409 Hallandale, FL 33009** | | | **Disputed** | | | **$26,747.00** |
| **Funding Metrics, LLC dba Lendini 884 Town Center Drive Langhorne, PA 19047** | | | **Disputed** | | | **$63,302.56** |
| **Fundkite 99 Pine Street 17th Floor New York, NY 10005** | | | **Disputed** | | | **$30,722.78** |
| **IPFS Corporation 3522 Thomasville Road Suite 400 Tallahassee, FL 32309** | | | | | | **$4,966.22** |
| **Kabbage 1602 Lakeview Parkway Suite 100 Villa Rica, GA 30180** | | | **Disputed** | | | **$19,059.16** |
| **Kimberly Pember 3201 Bon Air Drive Orlando, FL 32818** | | payroll | | | | **$5,221.84** |
| **Northstar Demolition 4496 35th Street Orlando, FL 32811** | | Trade debt | **Disputed** | | | **$20,000.00** |
| **On Deck 1400 Broadway 25th New York, NY 10019** | | | **Disputed** | | | **$16,730.76** |
| **Star Scenic Supply 4493 36th Street W Orlando, FL 32811** | | Trade debt | | | | **$11,365.52** |
| **Suffolk Consulting Group 80 Orville Drive Suite 100 Bohemia, NY 11716** | | | **Disputed** | | | **$7,500.00** |
| **Sunbelt Rentals PO Box 409211 Atlanta, GA 30384** | | Trade debt | | | | **$53,135.80** |
| **United Rentals PO Box 100711 Atlanta, GA 30384** | | Trade debt | | | | **$12,137.12** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Metro Finishes, L.L.C.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

<hr>

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................ $            **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................... $      **135,059.96**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................... $      **135,059.96**

<hr>

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **46,582.29**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **1,106.54**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **464,402.45**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                            $      **512,091.28**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Seacoast National Bank** | **Checking** | **0541** | $214.46 |
| 3.2. | **Bank of America, NA**<br>**- account is negative $11,692.15** | **Checking** | **4917** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $214.46

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Palmas Resturant Fronter2** | $7,490.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Metro Finishes, L.L.C.**                                    Case number *(If known)* _____
        Name

9.   **Total of Part 2.**                                                     | $7,490.00 |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 10,125.00 | - | 0.00 | = .... | $10,125.00 |
| 11a. 90 days old or less: | 10,650.00 | - | 0.00 | = .... | $10,650.00 |
| 11a. 90 days old or less: | 11,610.00 | - | 0.00 | = .... | $11,610.00 |
| 11a. 90 days old or less: | 600.00 | - | 0.00 | = .... | $600.00 |
| 11a. 90 days old or less: | 17,855.10 | - | 0.00 | = .... | $17,855.10 |
| 11a. 90 days old or less: | 10,335.00 | - | 0.00 | = .... | $10,335.00 |
| 11a. 90 days old or less: | 1,200.00 | - | 0.00 | = .... | $1,200.00 |
| 11a. 90 days old or less: | 1,455.00 | - | 0.00 | = .... | $1,455.00 |
| 11a. 90 days old or less: | 24,650.00 | - | 0.00 | = .... | $24,650.00 |
| 11a. 90 days old or less: | 1,375.40 | - | 0.00 | = .... | $1,375.40 |
| 11a. 90 days old or less: | 700.00 | - | 0.00 | = .... | $700.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Metro Finishes, L.L.C.**                                   Case number *(if known)* _____
          Name

| 12. | **Total of Part 3.** | | **$90,555.50** |
| --- | --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** chairs, desks, tables, couches | **$0.00** | | **$1,100.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Apple computer, telephone, answering machine | **$0.00** | | **$2,150.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$3,250.00** |
| --- | --- | --- | --- |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor     **Metro Finishes, L.L.C.**                                    Case number *(If known)* _____
              Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2016 Jeep Grand Cherokee LTD**<br>**Vin #: 1C4RJEBG3GC335872** | $31,859.25 | Kelly Blue Book | $16,780.00 |
| 47.2. **2015 Diamond trailer**<br>**Vin #: 53NBE1013F1033588** | $0.00 | | $500.00 |
| 47.3. **2017 Hyundai Tucsan SE**<br>**Vin #: KM8J23A47HU449791** | $0.00 | | $12,770.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.  **Total of Part 8.**                                                         | $30,050.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Metro Finishes, L.L.C.**                                        Case number *(If known)* _____
          <sub>Name</sub>

| 61. | **Internet domain names and websites** | | |
|---|---|---|---|
| | metrofinishes.com | **Unknown** | **Unknown** |
| | metrofinishes.net | **Unknown** | **Unknown** |
| | marklinart.com | **Unknown** | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.                          **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Metro Finishes, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **air compressor, scaffolding, ladders, tools** | **$3,500.00** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$3,500.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Metro Finishes, L.L.C.**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $214.46 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $7,490.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $90,555.50 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $3,250.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $30,050.00 | |
| 88. **Real property.** _Copy line 56, Part 9_ .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $3,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $135,059.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $135,059.96 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Chrysler Capital** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 660335**
**Dallas, TX 75266-0335**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/26/2016**

Last 4 digits of account number
**3655**

Do multiple creditors have an
interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Jeep Grand Cherokee LTD**
**Vin #: 1C4RJEBG3GC335872**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$33,812.29**          **$16,780.00**

---

| 2.2 | **Hyundai Finance** | | | |
|---|---|---|---|---|

Creditor's Name

**1150 N. Orlando Avenue**
**Winter Park, FL 32789**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/20/2017**

Last 4 digits of account number
**4579**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**2017 Hyundai Tucsan SE**
**Vin #: KM8J23A47HU449791**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$12,770.00**          **$12,770.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Metro Finishes, L.L.C.** | Case number (if know) | |
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$46,582.29**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

| Fill in this information to identify the case: |
|---|

Debtor name **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,106.54 | $1,106.54 |
|  | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**payroll taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Aflac**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999**<br>Date(s) debt was incurred  **10/31/2018**<br>Last 4 digits of account number  **XE60** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **insurance**<br>Is the claim subject to offset?  ☐ No  ☐ Yes | $1,124.04 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Auto Owners Insurance**<br>**PO Box 740312**<br>**Cincinnati, OH 45274-0312**<br>Date(s) debt was incurred  **7/25/2018**<br>Last 4 digits of account number  **0896** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **insurance**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | $5,950.49 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    37780    Best Case Bankruptcy

| Debtor | **Metro Finishes, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,095.19 |
|---|---|---|---|

**Bank of America, NA**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **9278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,875.00 |
|---|---|---|---|

**BCA Studios**
**3108 Winfield Street**
**Orlando, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,098.75 |
|---|---|---|---|

**Capital Merchant**
**Services, LLC**
**116 Nassau Street**
**Suite 804**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/7/2018**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,000.00 |
|---|---|---|---|

**CFG Merchant Solutions, LLC**
**180 Maiden Lane**
**Floor 15**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/5/2018**

Basis for the claim:  _

Last 4 digits of account number  **7216**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,730.72 |
|---|---|---|---|

**Charles Marklin**
**1644 Crestwood Drive**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November, 2018**

Basis for the claim:  **payroll wages**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,234.00 |
|---|---|---|---|

**Creative Plaster**
**706 Pine Forest Trail E**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54,949.70 |
|---|---|---|---|

**FCCI Insurance Group**
**PO Box 405563**
**Atlanta, GA 30384-5563**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **5101**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Metro Finishes, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,747.00** |
|---|---|---|---|

**Financial Services**
1250 E Hallandale Beach Blvd
Suite 409
Hallandale, FL 33009

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/8/2018**

Basis for the claim: _

Last 4 digits of account number  **7058**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,302.56** |
|---|---|---|---|

**Funding Metrics, LLC**
dba Lendini
884 Town Center Drive
Langhorne, PA 19047

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/13/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,722.78** |
|---|---|---|---|

**Fundkite**
99 Pine Street
17th Floor
New York, NY 10005

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/12/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,966.26** |
|---|---|---|---|

**Hunter Warfield**
4645 S. Lakeshore Drive
# 11
Tempe, AZ 85282-7152

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016-2018**

Basis for the claim: _

Last 4 digits of account number  **0384**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,966.22** |
|---|---|---|---|

**IPFS Corporation**
3522 Thomasville Road
Suite 400
Tallahassee, FL 32309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/2018**

Basis for the claim: _

Last 4 digits of account number  **3337**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,068.40** |
|---|---|---|---|

**Juan Subira**
3162 S. Bumby Avenue
Orlando, FL 32806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Basis for the claim:  **skilled trade services**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,059.16** |
|---|---|---|---|

**Kabbage**
1602 Lakeview Parkway
Suite 100
Villa Rica, GA 30180

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/4/2018**

Basis for the claim: _

Last 4 digits of account number  **0599**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Metro Finishes, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265.97** |
|---|---|---|
| **Kevin Gerlach**<br>**706 Pine Forest Trail E**<br>**Port Orange, FL 32127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __November 2018__ | Basis for the claim: __payroll__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,221.84** |
|---|---|---|
| **Kimberly Pember**<br>**3201 Bon Air Drive**<br>**Orlando, FL 32818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __November, 2018__ | Basis for the claim: __payroll__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,467.43** |
|---|---|---|
| **Lanco Paints & Coatings**<br>**600 Mid Florida Drive**<br>**Orlando, FL 32824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __8/29/2018__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number __0044__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|
| **McGuckin's Custom Metal Crea**<br>**3813 Bradley Avenue**<br>**Orlando, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __11/12/2018__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|
| **Northstar Demolition**<br>**4496 35th Street**<br>**Orlando, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __6/7/2018__ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number __3958__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,915.44** |
|---|---|---|
| **Northwestern Mutual**<br>**720 E. Wisconsin Avenue**<br>**Milwaukee, WI 53202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __10/10/2018__ | Basis for the claim: __ | |
| Last 4 digits of account number __2403__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,730.76** |
|---|---|---|
| **On Deck**<br>**1400 Broadway 25th**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __11/28/2017__ | Basis for the claim: __ | |
| Last 4 digits of account number __2740__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Metro Finishes, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,375.46 |
|---|---|---|---|

**Orlando Utility Commission**
**PO Box 31329**
**Tampa, FL 33631-3329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2018**

Last 4 digits of account number  **2773**

**Basis for the claim:**  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.00 |
|---|---|---|---|

**PPG Architectural Finishes**
**PO Box 536864**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2018**

Last 4 digits of account number  **1498**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.00 |
|---|---|---|---|

**Probity Services, LLC**
**4860 Rockvale Drive**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

**Basis for the claim:**  **skilled trade services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,259.75 |
|---|---|---|---|

**RedOwl Designs, Inc.**
**200 Carriage Hill Drive**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

**Basis for the claim:**  **skilled trade services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,138.50 |
|---|---|---|---|

**Robert Jones**
**122 N. Main Street**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

**Basis for the claim:**  **skilled trade services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,242.60 |
|---|---|---|---|

**Robert Quattry**
**111 W. Winter Park Street**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

**Basis for the claim:**  **skilled trade services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.22 |
|---|---|---|---|

**Sammy Quattry**
**1434 W. New Hampshire Street**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

**Basis for the claim:**  **skilled trade services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Metro Finishes, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Spectrum / BrightHouse**
**PO Box 790450**
**Saint Louis, MO 63179-0450**

Date(s) debt was incurred **9/13/2018**

Last 4 digits of account number **2701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cable/Internet**

Is the claim subject to offset? ■ No ☐ Yes

$218.64

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Star Scenic Supply**
**4493 36th Street W**
**Orlando, FL 32811**

Date(s) debt was incurred **10/25/2018**

Last 4 digits of account number **2178**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,365.52

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Suffolk Consulting Group**
**80 Orville Drive**
**Suite 100**
**Bohemia, NY 11716**

Date(s) debt was incurred **10/19/2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

Date(s) debt was incurred **8/28/2018**

Last 4 digits of account number **5766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$53,135.80

---

**3.35**

**Nonpriority creditor's name and mailing address**

**T-Mobile**
**PO Box 37380**
**Albuquerque, NM 87176-7380**

Date(s) debt was incurred **11/4/2018**

Last 4 digits of account number **7236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **utility**

Is the claim subject to offset? ■ No ☐ Yes

$179.84

---

**3.36**

**Nonpriority creditor's name and mailing address**

**The College Park Printing Co**
**4353 Edgewater Drive**
**Suite 500**
**Orlando, FL 32804**

Date(s) debt was incurred **10/9/2018**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$355.00

---

**3.37**

**Nonpriority creditor's name and mailing address**

**The Sherwin-Williams Company**
**2800 Century Parkway NE**
**Suite 960**
**Atlanta, GA 30345**

Date(s) debt was incurred **6/21/2018**

Last 4 digits of account number **8153**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplies**

Is the claim subject to offset? ■ No ☐ Yes

$1,027.29

---

| Debtor | **Metro Finishes, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,137.12 |
|---|---|---|---|

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/15/2017**

Basis for the claim: **Trade debt**

Last 4 digits of account number **9495**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.00 |
|---|---|---|---|

**Westbrook Service Co.**
**1411 S. Orange Blossom Trail**
**Orlando, FL 32805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/17/2018**

Basis for the claim: **services**

Last 4 digits of account number **5636**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,253.00 |
|---|---|---|---|

**WoodChuck Industries**
**3868 Bengert Street**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/24/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric Salomon, Esquire**<br>**1330 Avenue of the Americas**<br>**Suite 23A**<br>**New York, NY 10019** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Offices of**<br>**Jacob Verstanding, PLLC**<br>**1459 East 13th Street**<br>**Brooklyn, NY 11230** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **MCa Recovery, LLC**<br>**Christopher Castro, Esquire**<br>**17 State Street**<br>**Suite 4000**<br>**New York, NY 10004** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Park Avenue Recovery**<br>**104 E. 25th Street**<br>**Floor 10**<br>**New York, NY 10010** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **1,106.54** |
| 5b. Total claims from Part 2 | 5b. + | $ | **464,402.45** |

Debtor    **Metro Finishes, L.L.C.**                                     Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**                               5c.    $ _____465,508.99
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Commercial Building Lease Ends: February 28, 2019** | |
| State the term remaining    **3 months** | **Fletcher Investment Properties, LLC 2501 Modac Trail Winter Park, FL 32789-0910** |
| List the contract number of any government contract | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Vehicle Lease** | |
| State the term remaining | **Hyundai Finance 1150 N. Orlando Avenue Winter Park, FL 32789** |
| List the contract number of any government contract | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Contract** | |
| State the term remaining | **The Whiting-Turner Contracting Company 135 W. Central Blvd. Suite 840** |
| List the contract number of any government contract | |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Contract** | |
| State the term remaining | **Walt Disney Imagineering 1365 Avenue of the Stars Orlando, FL 32830** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State     Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State     Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State     Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State     Zip Code | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Metro Finishes, L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$196,060.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$-134,940.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    **1st Global Capital Financial Serv. 1250 E. Hollandale Beach Blvd. Suite 409 Hallandale, FL 33009** | **See attached list.** | **$10,588.55** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Metro Finishes, L.L.C.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Capital Merchant Services**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** | **See attached list.** | **$12,475.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **CFG Merchant Solutions, LLC**<br>**180 Maiden Lane**<br>**Floor 15**<br>**New York, NY 10038** | **See attached list.** | **$17,523.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Funding Metrics, LLC**<br>**dba Lendini**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** | **See attached list.** | **$20,550.24** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **AKF, Inc. dba Fundkite**<br>**88 Pine Street**<br>**17th Floor**<br>**New York, NY 10005** | **See attached list.** | **$14,521.39** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Kabbage**<br>**1602 Lakeview Parkway**<br>**Suite 100**<br>**Villa Rica, GA 30180** | **9/24/2018** | **$4,162.09** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **On Deck**<br>**1400 Broadway 25th**<br>**New York, NY 10019** | **See attached list.** | **$2,756.81** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Suffolk Consulting Group**<br>**80 Orville Drive**<br>**Suite 100**<br>**Bohemia, NY 11716** | **See attached list.** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

# Section 5 - Statement of Financial Affairs

If you have no information to report for a question, check the "NONE" box.

1.      Gross revenue from business

☐ NONE

| Period (*beginning and ending dates of fiscal year*) | | | Gross revenue (*before deductions and exclusions*) | Source of revenue |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | to Filing Date | | ☒ Operating a business<br>☐ Other _____ |
| For prior year: | From | to | | ☒ Operating a business<br>☐ Other _____ |
| For the year before that: | From | to | | ☒ Operating a business<br>☐ Other _____ |

2.      Non-business revenue

Non-business revenue may include interest, dividends, money collected from lawsuits, and royalties.

☒ NONE

| Period (*beginning and ending dates of fiscal year*) | | | Gross revenue (*before deductions and exclusions*) | Source of revenue |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | to Filing Date | | |
| For prior year: | From | to | _____ | _____ |
| For the year before that: | From | to | _____ | _____ |

3.      Payments to creditors

List each creditor to whom you paid a total of $6,425 or more within the last 90 days.

☐ NONE

| Name and address of creditor | Dates of payments | Amount Paid | Reasons for payment (*Check all that apply*) |
|---|---|---|---|
| 1st Global Capital Financial Services 1250 East Hallandale Beach Blvd 3rd floor Hallandale Beach, FL 33009 | 8/2/18<br>8/28/18<br>-/2/18<br>8/30/18<br>--/18 | 302.53<br>302.00<br>302.00<br>302.53<br>302.53 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other: |

| Name and address of creditor | Dates of payments | Amount Paid | Reasons for payment (*Check all that apply*) |
|---|---|---|---|
| Capital Merchant Services 110 Nassau St -1 241 NY 10038 | <br>1/12/18<br>7/13/18<br>-/14/18<br>9/17/18<br>-1/18/18<br>9/19/18<br>9/20/18<br>9/21/18 | 499.00<br>499.00<br><br>499.00<br>485.00<br>425.00<br><br>499.00<br>499.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other: |

**Section 5 - Statement of Financial Affairs**

**3. Payments to creditors**

| Name and address of creditor | Date of payments | Amount Paid | Reasons for payment |
|---|---|---|---|
| 1st Global Capital Financial Services | 9/4/18 | 302.53 | |
| 1250 East Hallandale Beach Blvd, Ste | 9/5/18 | 302.53 | |
| 409, Hallandale Beach, FL 33009 | 9/6/18 | 302.53 | Unsecured loan |
| | 9/7/18 | 302.53 | repayments |
| | 9/10/18 | 302.53 | |
| | 9/11/18 | 302.53 | |
| | 9/12/18 | 302.53 | |
| | 9/13/18 | 302.53 | |
| | 9/14/18 | 302.53 | |
| | 9/17/18 | 302.53 | |
| | 9/18/18 | 302.53 | |
| | 9/19/18 | 302.53 | |
| | 9/20/18      9/21/18 | 302.53 | |
| | | 302.53 | |
| | 9/24/18 | 302.53 | |
| | 9/25/18 | 302.53 | |
| | 9/26/18 | 302.53 | |
| | 9/27/18 | 302.53 | |
| | 9/28/18 | 302.53 | |
| | 10/1/18 | 302.53 | |
| | 10/2/18 | 302.53 | |
| | 10/3/18 | 302.53 | |
| | 10/4/18 | 302.53 | |
| | 10/5/18 | 302.53 | |
| | 10/9/18 | 302.53 | |
| | 10/10/18 | 302.53 | |
| | 10/11/18 | 302.53 | |
| | 10/12/18 | 302.53 | |
| | 10/15/18 | 302.53 | |
| | 10/16/18 | 302.53 | |
| Capital Merchant Services LLC | 9/24/18 | 499.00 | |
| 116 Nassau St, Ste 804, New York, NY | 9/25/18 | 499.00 | |
| 10038 / | 9/26/18 | 499.00 | |
| MCA Recovery LLC Christopher Castro | 9/27/18 | 499.00 | |
| Esq  17 State St, Ste 4000, New York, NY | 9/28/18 | 499.00 | Unsecured loan |
| 10004 | | | repayments |
| | 10/1/18 | 499.00 | |
| | 10/2/18 | 499.00 | |
| | 10/3/18 | 499.00 | |
| | 10/4/18 | 499.00 | |
| | 10/5/18 | 499.00 | |
| | 10/9/18 | 499.00 | |
| | 10/10/18 | 499.00 | |
| | 10/11/18 | 499.00 | |
| | 10/12/18 | 499.00 | |
| | 10/15/18 | 499.00 | |
| | 10/16/18 | 499.00 | |

| | | | |
|---|---|---|---|
| | 9/7/18 | 649.00 | |
| CFG Merchant Solutions LLC | 9/10/18 | 649.00 | |
| 180 Maiden Lane, FL 15, New York, NY | 9/11/18 | 649.00 | |
| 10038 /              Park Ave | 9/12/18 | 649.00 | |
| Recovery  104 E 25th St, 10th Fl, New | 9/13/18 | 649.00 | Unsecured loan |
| York, NY 10010 | 9/14/18 | 649.00 | repayments |
| | 9/17/18 | 649.00 | |
| | 9/18/18 | 649.00 | |
| | 9/19/18 | 649.00 | |
| | 9/20/18 | 649.00 | |
| | 9/21/18 | 649.00 | |
| | 9/24/18 | 649.00 | |
| | 9/25/18 | 649.00 | |
| | 9/26/18 | 649.00 | |
| | 9/27/18 | 649.00 | |
| | 9/28/18 | 649.00 | |
| | 10/1/18 | 649.00 | |
| | 10/2/18 | 649.00 | |
| | 10/3/18 | 649.00 | |
| | 10/4/18 | 649.00 | |
| | 10/5/18 | 649.00 | |
| | 10/9/18 | 649.00 | |
| | 10/10/18 | 649.00 | |
| | 10/11/18 | 649.00 | |
| | 10/12/18 | 649.00 | |
| | 10/15/18 | 649.00 | |
| | 10/16/18 | 649.00 | |
| Funding Metrics LLC dba Lendini | 8/27/18 | 570.84 | |
| 884 Town Center Drive, Langhorne, PA | 8/28/18 | 570.84 | |
| 19047 /              Eric Solomon Esq | 8/29/18 | 570.84 | |
| 1330 Avenue of the Americas, Suite | 8/30/18 | 570.84 | Unsecured loan |
| 23A, New York, NY 10019 | 8/31/18 | 570.84 | repayments |
| | 9/4/18 | 570.84 | |
| | 9/4/18 | 570.84 | |
| | 9/5/18 | 570.84 | |
| | 9/6/18 | 570.84 | |
| | 9/7/18 | 570.84 | |
| | 9/10/18 | 570.84 | |
| | 9/11/18 | 570.84 | |
| | 9/12/18 | 570.84 | |
| | 9/13/18 | 570.84 | |
| | 9/14/18 | 570.84 | |
| | 9/17/18 | 570.84 | |
| | 9/18/18 | 570.84 | |
| | 9/19/18 | 570.84 | |
| | 9/20/18 | 570.84 | |
| | 9/21/18 | 570.84 | |

|  | 9/24/18 | 570.84 |  |
|  | 9/25/18 | 570.84 |  |
|  | 9/26/18 | 570.84 |  |
|  | 9/27/18 | 570.84 |  |
|  | 9/28/18 | 570.84 |  |
|  | 10/1/18 | 570.84 |  |
|  | 10/2/18 | 570.84 |  |
|  | 10/3/18 | 570.84 |  |
|  | 10/4/18 | 570.84 |  |
|  | 10/5/18 | 570.84 |  |
|  | 10/9/18 | 570.84 |  |
|  | 10/10/18 | 570.84 |  |
|  | 10/11/18 | 570.84 |  |
|  | 10/12/18 | 570.84 |  |
|  | 10/15/18 | 570.84 |  |
|  | 10/16/18 | 570.84 |  |
| AKF Inc dba FundKite<br>88 Pine St, 17th Fl, New York, NY 10005<br>/ The Law Offices of Jacob Verstandig<br>PLLC  1459 East 13th St, Brooklyn, NY<br>11230 | 10/17/18<br>10/18/18<br>10/29/18 | 1477.12<br>1477.12<br>11567.15<br>pending | Unsecured loan<br>repayments |
| Kabbage<br>1602 Lakeview Parkway, Ste 100, Villa<br>Rica, GA 30180 / Branton Law Firm | 9/24/2018 | 4162.09 | Unsecured loan<br>repayments |
| On Deck<br>1400 Broadway, 25th Fl, New York, NY<br>10018 | 8/29/18<br>9/5/18<br>9/12/18<br>9/19/18<br>9/26/18<br>10/3/18<br>10/10/18 | 2788.46<br>2788.46<br>2788.46<br>2788.46<br>2788.46<br>2788.46<br>2788.46 | Unsecured loan<br>repayments |
| On Deck<br>1400 Broadway, 25th Fl, New York, NY<br>10019 | 8/29/18<br>9/5/18<br>9/12/18<br>9/19/18<br>9/26/18<br>10/3/18<br>10/10/18 | 393.83<br>393.83<br>393.83<br>393.83<br>393.83<br>393.83<br>393.83 | Unsecured loan<br>repayments |
| Suffolk Consulting Group<br>80 Orville Dr, Ste 100, Bohemia, NY<br>11716 | 10/22/18<br>11/1/18<br>11/9/18<br>11/16/18 | 4000.00<br>4000.00<br>4000.00<br>500.00 | Services |

| Debtor | Metro Finishes, L.L.C. | Case number (if known) | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Capital Merchant Services, LLC**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** | **UCC Lien on customer**<br>Last 4 digits of account number:   3076 | **10/30/2018** | **$10,275.00** |
| **AKF, Inc. dba Fundkite**<br>**88 Pine Street**<br>**17th Floor**<br>**New York, NY 10005** | **frozen bank account**<br>Last 4 digits of account number:   4917 | **10/29/2018** | **$11,567.15** |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **2018-10998** | **Garnishment** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor    **Metro Finishes, L.L.C.**_____    Case number *(if known)*_____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14.  **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1644 Crestwood Drive<br>Orlando, FL 32804** | **7/6/2006-3/11/2017** |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 4

| Debtor | **Metro Finishes, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Metro Finishes, L.L.C.**                                    Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ballard Finishes**<br>**6132 Lake Lizzie Drive**<br>**Saint Cloud, FL 34771** | **1515 Vassar Street**<br>**Orlando, FL 32804** | **wood panels** | **$1,500.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Metro Finishes, L.L.C.**                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **Kimberly Pembor**<br>**3201 Bon Air Drive**<br>**Orlando, FL 32804** | **1/1/2012 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.     **Kimberly Pembor**<br>**1515 Vassar Street**<br>**Orlando, FL 32804** | **Books kept in office.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.     **1st Global Capital Financial Serv.**<br>**1250 East Hallandale Beach Blvd.**<br>**Suite 409**<br>**Hallandale, FL 33009** |
| 26d.2.     **Capital Merchant Services, LLC**<br>**116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10038** |
| 26d.3.     **CFG Merchant Solutions, LLC**<br>**180 Maiden Lane**<br>**FL 15**<br>**New York, NY 10038** |
| 26d.4.     **Funding Metrics, LLC**<br>**dba Lendini**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** |
| 26d.5.     **AKF, Inc.**<br>**dba Fundkite**<br>**88 Pine Street**<br>**17th Floor**<br>**New York, NY 10005** |
| 26d.6.     **PCL Construction Services, Inc.**<br>**6700 Forum Drive**<br>**Suite 100**<br>**Orlando, FL 32821** |
| 26d.7.     **Gilbane Building Company**<br>**7 Jackson Walkway**<br>**Providence, RI 02903** |

Debtor  **Metro Finishes, L.L.C.**                                            Case number *(if known)*

| Name and address |
|---|
| 26d.8.  **DPR Construction**<br>**222 N 44th Street**<br>**Phoenix, AZ 85034** |
| 26d.9.  **Universal Studios**<br>**6000 Universal Blvd.**<br>**Orlando, FL 32819** |
| 26d.10.  **Barton Malow**<br>**5337 Millenia Lakes Blvd.**<br>**# 235**<br>**Orlando, FL 32839** |
| 26d.11.  **Texeira Contracting, Inc.**<br>**901 Douglas Avenue**<br>**Suite 200**<br>**Altamonte Springs, FL 32714** |
| 26d.12.  **Balfour Beatty**<br>**255 S. Orange Avenue**<br>**# 1100**<br>**Orlando, FL 32801** |
| 26d.13.  **Winter Park Construction**<br>**221 Circle Drive**<br>**Maitland, FL 32751** |
| 26d.14.  **Austin Commercial**<br>**450 S. Orange Avenue**<br>**# 150**<br>**Orlando, FL 32801** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Marklin** | **1644 Crestwood Drive**<br>**Orlando, FL 32804** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Metro Finishes, L.L.C.**                                    Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2018**

**/s/ Charles Marklin**                                    **Charles Marklin**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re  **Metro Finishes, L.L.C.**
_____   Case No. _____
                                Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Charles Marklin** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 28, 2018**
_____   Signature  **/s/ Charles Marklin**
                                        **Charles Marklin**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    __Metro Finishes, L.L.C.__ _____    Case No. _____

                                            Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November 28, 2018__ _____        __/s/ Charles Marklin__ _____

                                                       __Charles Marklin__/
                                                       Signer/Title

Metro Finishes, L.L.C.
1515 Vassar Street
Orlando, FL 32804

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Hyundai Finance
1150 N. Orlando Avenue
Winter Park, FL 32789

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Creative Plaster
706 Pine Forest Trail E
Port Orange, FL 32127

IPFS Corporation
3522 Thomasville Road
Suite 400
Tallahassee, FL 32309

Aflac
1932 Wynnton Road
Columbus, GA 31999

Eric Salomon, Esquire
1330 Avenue of the Americas
Suite 23A
New York, NY 10019

IRS
PO Box 7346
Philadelphia, PA 19101

Auto Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312

FCCI Insurance Group
PO Box 405563
Atlanta, GA 30384-5563

Juan Subira
3162 S. Bumby Avenue
Orlando, FL 32806

Bank of America, NA
PO Box 15796
Wilmington, DE 19886-5796

Financial Services
1250 E Hallandale Beach Blvd
Suite 409
Hallandale, FL 33009

Kabbage
1602 Lakeview Parkway
Suite 100
Villa Rica, GA 30180

BCA Studios
3108 Winfield Street
Orlando, FL 32810

Fletcher Investment
Properties, LLC
2501 Modac Trail
Winter Park, FL 32789-0910

Kevin Gerlach
706 Pine Forest Trail E
Port Orange, FL 32127

Capital Merchant
Services, LLC
116 Nassau Street
Suite 804
New York, NY 10038

Funding Metrics, LLC
dba Lendini
884 Town Center Drive
Langhorne, PA 19047

Kimberly Pember
3201 Bon Air Drive
Orlando, FL 32818

CFG Merchant Solutions, LLC
180 Maiden Lane
Floor 15
New York, NY 10038

Fundkite
99 Pine Street
17th Floor
New York, NY 10005

Lanco Paints & Coatings
600 Mid Florida Drive
Orlando, FL 32824

Charles Marklin
1644 Crestwood Drive
Orlando, FL 32804

Hunter Warfield
4645 S. Lakeshore Drive
# 11
Tempe, AZ 85282-7152

Law Offices of
Jacob Verstanding, PLLC
1459 East 13th Street
Brooklyn, NY 11230

MCa Recovery, LLC
Christopher Castro, Esquire
17 State Street
Suite 4000
New York, NY 10004

RedOwl Designs, Inc.
200 Carriage Hill Drive
Casselberry, FL 32707

The College Park Printing Co
4353 Edgewater Drive
Suite 500
Orlando, FL 32804

McGuckin's Custom Metal Crea
3813 Bradley Avenue
Orlando, FL 32839

Robert Jones
122 N. Main Street
Winter Garden, FL 34787

The Sherwin-Williams Company
2800 Century Parkway NE
Suite 960
Atlanta, GA 30345

Northstar Demolition
4496 35th Street
Orlando, FL 32811

Robert Quattry
111 W. Winter Park Street
Orlando, FL 32804

The Whiting-Turner
Contracting Company
135 W. Central Blvd.
Suite 840

Northwestern Mutual
720 E. Wisconsin Avenue
Milwaukee, WI 53202

Sammy Quattry
1434 W. New Hampshire Street
Orlando, FL 32804

United Rentals
PO Box 100711
Atlanta, GA 30384

On Deck
1400 Broadway 25th
New York, NY 10019

Spectrum / BrightHouse
PO Box 790450
Saint Louis, MO 63179-0450

Walt Disney Imagineering
1365 Avenue of the Stars
Orlando, FL 32830

Orlando Utility Commission
PO Box 31329
Tampa, FL 33631-3329

Star Scenic Supply
4493 36th Street W
Orlando, FL 32811

Westbrook Service Co.
1411 S. Orange Blosson Trail
Orlando, FL 32805

Park Avenue Recovery
104 E. 25th Street
Floor 10
New York, NY 10010

Suffolk Consulting Group
80 Orville Drive
Suite 100
Bohemia, NY 11716

WoodChuck Industries
3868 Bengert Street
Orlando, FL 32808

PPG Architectural Finishes
PO Box 536864
Atlanta, GA 30353

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Probity Services, LLC
4860 Rockvale Drive
Kissimmee, FL 34758

T-Mobile
PO Box 37380
Albuquerque, NM 87176-7380

# United States Bankruptcy Court
## Middle District of Florida

In re    **Metro Finishes, L.L.C.**                                          Case No. _____
                                                    Debtor(s)         Chapter    **11** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Metro Finishes, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Charles Marklin**

_____


☐ None [*Check if applicable*]




**November 28, 2018**                          /s/ Jeffrey S. Ainsworth
_____      _____
Date                                     **Jeffrey S. Ainsworth 060769**
                                         Signature of Attorney or Litigant
                                         Counsel for   **Metro Finishes, L.L.C.**
                                         **BransonLaw, PLLC**
                                         **1501 E. Concord Street**
                                         **Orlando, FL 32803**
                                         **407 894 6834 Fax:407 894 8559**
                                         **jeff@bransonlaw.com**